| | |
|---|---|
| TIMOTHY LONG (SBN 137591)<br>GREENBERG TRAURIG, LLP<br>1201 K Street, Suite 1100<br>Sacramento, CA 95814<br>Telephone: (916) 442-1111<br>Facsimile: (916) 448-1709<br>longt@gtlaw.com<br><br>LINDSAY E. HUTNER (SBN 238998)<br>ALEXA R. HANKARD (SBN 312221)<br>GREENBERG TRAURIG, LLP<br>Four Embarcadero Center, Suite 3000<br>San Francisco, CA 94111<br>Telephone: (415) 655-1300<br>Facsimile: (415) 358-8139<br>hutnerl@gtlaw.com<br>hankarda@gtlaw.com<br><br>Attorneys for Defendant<br>CENTENE MANAGEMENT COMPANY, LLC | MAYALL HURLEY, P.C.<br>NICHOLAS J. SCARDIGLI (SBN 249947)<br>WILLIAM J. GORHAM III (SBN 151773)<br>ROBERT J. WASSERMAN (SBN 258538)<br>VLADIMIR J. KOZINA (SBN 284645)<br>2453 Grand Canal Blvd.<br>Stockton, California 95207<br>Telephone: (209) 477-3833<br>Facsimile: (209) 473-4818<br><br>Attorneys for Plaintiff<br>MICHELE FOON and the Putative Class |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE FOON, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CENTENE MANAGEMENT COMPANY, LLC, and DOES 1 to 10, inclusive,<br><br>    Defendants. | CASE NO. 2:19-cv-1420<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT IN CASE NO 2:19-cv-1420 BY NOT MORE THAN 30 DAYS RULE 144 (FED. R. CIV. P. 6)** |

Defendant CENTENE MANAGEMENT COMPANY, LLC ("Defendant") and Plaintiff MICHELE FOON ("Plaintiff"), by and through her attorneys of record in this case, stipulate and agree as follows:

WHEREAS, Plaintiff filed this action in San Joaquin Superior Court (Case No. Case No. STKCVUOE20197891) on June 20, 2019;

WHEREAS, Plaintiff served a copy of the summons and complaint on Defendant on June 25, 2019;

WHEREAS, Defendant timely removed this action to the Eastern District of California (Case No. 2:19-cv-1420) on July 25, 2019;

WHEREAS, Defendant is required to file its responsive pleading to Plaintiff's Complaint by August 1, 2019;

WHEREAS, Local Rule 144(a) (Fed. R. Civ. P. 6) states that "an initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint, cross-claim or counterclaim, or to respond to interrogatories, requests for admission, or requests for production of documents may be filed without approval of the Court if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation. All other extensions of time must be approved by the Court;"

WHEREAS, pursuant to Rule 144(a) (Fed. R. Civ. P. 6), approval of this stipulation by the Court is not necessary;

WHEREAS, this is Defendant's first request to extend time to respond to the complaint;

WHEREAS, Plaintiff has agreed to allow Defendant to e-file this Stipulation on Plaintiff's behalf;

NOW, THEREFORE, by and through their respective counsel of record, the parties hereby stipulate and agree that Defendant's responsive pleading to Plaintiff's complaint shall be due August 29, 2019.

DATED: July 26, 2019					GREENBERG TRAURIG, LLP

						By: /s/ Lindsay Hutner
						    TIMOTHY LONG
						    LINDSAY E. HUTNER
						    ALEXA R. HANKARD
						    Attorneys for Defendant
						    CENTENE MANAGEMENT, LLC

/ / /

/ / /

/ / /
DATED: July 26, 2019						MAYALL HURLEY P.C.

						By: */s/ Robert J. Wasserman*
						NICOLAS J. SCARDIGLI
						WILLIAM J. GORHAM
						ROBERT J. WASSERMAN
						VLADIMIR J. KOZINA
						Attorneys for Plaintiff
						MICHELE FOON and the Putative Class

## ORDER

Pursuant to stipulation, and for good cause shown, Defendant's deadline to respond to Plaintiff's Complaint is extended to August 29, 2019.

IT IS SO ORDERED.

Dated: August 6, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE