| | |
|---|---|
| TIMOTHY LONG (SBN 137591) | MATTHEW RIGHETTI (SBN 121012) |
| GREENBERG TRAURIG, LLP | RIGHETTI GULOSKI, P.C. |
| 1201 K Street, Suite 1100 | 456 Montgomer Street, Suite 1400 |
| Sacramento, CA 95814 | San Francisco, CA 94104 |
| Telephone: (916) 442-1111 | Telephone: (415) 983-0900 |
| Facsimile: (916) 448-1709 | Facsimile: (415) 397-9005 |
| longt@gtlaw.com | matt@righettilaw.com |
| | |
| LINDSAY E. HUTNER (SBN 238998) | Attorneys for Plaintiff |
| ALEXA R. HANKARD (SBN 312221) | MICHELLE FOON AND |
| GREENBERG TRAURIG, LLP | THE PUTATIVE CLASS |
| Four Embarcadero Center, Suite 3000 | |
| San Francisco, CA 94111 | REUBEN NATHAN (SBN 208436) |
| Telephone: (415) 655-1300 | NATHAN & ASSOCIATES, APC |
| Facsimile: (415) 358-8139 | 2901 W. Coast Hwy., Suite 200 |
| hutnerl@gtlaw.com | Newport Beach, CA 92663 |
| hankarda@gtlaw.com | Telephone: (949) 270-2798 |
| | rnathan@nathanlawpractice.com |
| | |
| Attorneys for Defendant | Attorneys for Plaintiff |
| CENTENE MANAGEMENT | MICHELLE FOON AND |
| COMPANY, LLC | THE PUTATIVE CLASS |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE FOON, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CENTENE MANAGEMENT COMPANY, LLC, and DOES 1 to 10, inclusive,<br><br>    Defendants. | CASE NO. 2:19-cv-1420<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

1    Defendant CENTENE MANAGEMENT COMPANY, LLC ("Defendant") and
2 Plaintiff MICHELE FOON ("Plaintiff") (collectively, the "Parties"), by and through their
3 attorneys of record in this case, stipulate and agree as follows:

4    WHEREAS, Plaintiff filed this action in San Joaquin Superior Court (Case No.
5 STKCVUOE20197891) on June 20, 2019.

6    WHEREAS, Plaintiff served a copy of the Summons and Complaint on Defendant
7 on June 25, 2019.

8    WHEREAS, Defendant timely removed this action to the Eastern District of
9 California (Case No. 1:19-at-00543) on July 25, 2019. Docket ("Dkt.") 1.

10   WHEREAS, the Parties stipulated to extend Defendant's deadline to file its
11 responsive pleading to the Complaint to August 29, 2019, which this Court entered its Order
12 thereto on August 7, 2019. Dkt. 9.

13   WHEREAS, this Court entered its Order granting the substitution of Plaintiff's
14 attorneys on August 21, 2019. Dkts. 13, 14.

15   WHEREAS, Defendant has requested and Plaintiff has agreed to a further extension
16 regarding Defendant's deadline to file its responsive pleading to the Complaint pursuant to
17 Plaintiff's recent substitution of attorneys and the Parties' intent to meet and confer on the
18 Complaint and Defendant's response thereto.

19   WHEREAS, this is Defendant's second request to extend time to respond to the
20 Complaint.

21   WHEREAS, Plaintiff has agreed to allow Defendant to e-file this Stipulation on
22 Plaintiff's behalf.

23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

2
STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

NOW, THEREFORE, by and through their respective counsel of record, the Parties hereby stipulate and agree that Defendant's responsive pleading to Plaintiff's Complaint shall be due September 12, 2019.

DATED: August 26, 2019            GREENBERG TRAURIG, LLP

By: */s/Lindsay E. Hutner*
TIMOTHY LONG
LINDSAY E. HUTNER
ALEXA R. HANKARD
Attorneys for Defendant
CENTENE MANAGEMENT, LLC

DATED: August 26, 2019            RIGHETTI GULOSKI, P.C.

By: */s/Matthew Righetti*
MATTHEW RIGHETTI
Attorneys for Plaintiff
MICHELE FOON AND THE PUTATIVE CLASS

DATED: August 26, 2019            NATHAN & ASSOCIATES, APC

By: */s/Reuben Nathan*
REUBEN NATHAN
Attorneys for Plaintiff
MICHELE FOON AND THE PUTATIVE CLASS

## **ORDER**

Pursuant to stipulation, and for good cause shown, Defendant's deadline to respond to Plaintiff's Complaint is extended to September 12, 2019.

IT IS SO ORDERED.

Dated: August 28, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE