| | |
|---|---|
| Matthew Righetti (SBN 121012) | Timothy Long (SBN 137591) |
| matt@righettilaw.com | longt@gtlaw.com |
| RIGHETTI GLUGOSKI, PC | GREENBERG TAURIG, LLP |
| 456 Montgomery Street, Suite 1400 | 1201 K Street, Suite 1100 |
| San Francisco, California 94104 | Sacramento, California 95814 |
| Tel: (415) 983-0900 | Tel: (916) 442-1111 |
| Fax: (415) 397-9005 | Fax: (916) 448-1709 |
| | |
| Reuben D. Nathan (SBN 208436) | Lindsay E. Hutner (SBN 238998) |
| rnathan@nathanlawpractice.com | hutnerl@gtlaw.com |
| NATHAN & ASSOCIATES, APC | Alexa R. Hankard (SBN 312221) |
| 2901 West Pacific Coast Hwy, Suite 200 | hankarda@gtlaw.com |
| Newport Beach, California 92663 | Four Embarcadero Center, Suite 3000 |
| Tel: (949) 270-2798 | San Francisco, California 94111 |
| Fax: (949) 209-0303 | Tel: (415) 655-1300 |
| | Fax: (415) 358-8139 |
| | |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| MICHELLE FOON | CENTENE MANAGEMENT COMPANY, LLC |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE FOON, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>CENTENE MANAGEMENT COMPANY, LLC; and DOES 1 through 10, inclusive.<br><br>Defendants | Case No. 2:19-cv-01420-MCE-AC<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

- 1 -
**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

MICHELLE FOON (hereinafter, the "Plaintiff") and CENTENE MANAGEMENT COMPANY, LLC ("Defendant") (collectively, the "Parties") stipulate as follows:

WHEREAS, on June 20, 2019, Plaintiff filed the initial complaint in the California Superior Court, County of San Joaquin, bearing Case No. STKCVUOE20197891.

WHEREAS, on June 25, 2019, Plaintiff served Defendant with the Summons and Complaint.

WHEREAS, on July 25, 2019, Defendant timely filed a Notice of Removal, transferring case from the San Joaquin Superior Court to the United States District Court of California, Eastern District. Docket ("Dkt") 1.

WHEREAS, on July 26, 2019, the parties filed the Stipulation and Proposed Order to Extend Time to Respond to Initial Complaint. Dkt. 4.

WHEREAS, on August 7, 2019, this Court issued its Order extending Defendant's deadline to respond to Plaintiff's Complaint to August 29, 2019. Dkt. 9.

WHEREAS, on August 16, 2019, Plaintiff filed the Substitutions of Attorney, adding attorney Matthew Righetti and Reuben D. Nathan as Plaintiff's counsel in place of attorney Nicholas F. Scardigli. Dkts. 10 and 11.

WHEREAS, on August 21, 2019, this Court filed its Orders adding Matthew Righetti and Reuben D. Nathan as Plaintiff's attorney and terminating attorney Nicholas F. Scardigli. Dkts. 13 and 14.

WHEREAS, on August 26, 2019, the parties filed the Stipulation and Proposed Order for Extension of Time to Respond to Initial Complaint. Dkt. 15.

WHEREAS, on August 29, 2019, this Court issued its Order Extending Defendant's deadline to respond to Plaintiff's Complaint to September 12, 2019. Dkt. 16.

//

**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

| | |
|---|---|
| 1 | WHEREAS, on September 9, 2019, the parties met and conferred regarding the issues of a 12(b)(6) motion. |
| 2 | |
| 3 | WHEREAS, in order to permit Plaintiff's newly substituted counsel and Defendant to further meet and confer regarding the issues of a 12(b)6 motion and the possibility of filing an amended complaint, the parties are requesting that this Court extend the deadline for Defendant to respond to Plaintiff's Complaint to October 11, 2019. |

1    WHEREAS, on September 9, 2019, the parties met and conferred regarding the issues of a 12(b)(6) motion.

2    WHEREAS, in order to permit Plaintiff's newly substituted counsel and Defendant to further meet and confer regarding the issues of a 12(b)6 motion and the possibility of filing an amended complaint, the parties are requesting that this Court extend the deadline for Defendant to respond to Plaintiff's Complaint to October 11, 2019.

WHEREAS, this is the parties' third stipulation to extend time to respond to the Complaint.

WHEREAS, Defendant has agreed to allow Plaintiff to e-file this Stiulation on its behalf.

**IT IS SO STIPULATED.**

DATED: SEPTEMBER 11, 2019    **NATHAN & ASSOCIATES, APC**

By: /s/ Reuben D. Nathan
Reuben D. Nathan
Attorneys for Plaintiff
Michelle Foon

DATED: SEPTEMBER 11, 2019    **RIGHETTI GLUGOSKI, PC**

By: /s/ Matthew Righetti
Matthew Righetti
Attorneys for Plaintiff
Michelle Foon
- 3 -
**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

DATED: SEPTEMBER 11, 2019        **GREENBERG TRAURIG LLP**

By: /s/ Timothy Long
Timothy Long
Lindsay E. Hutner
Alexa R. Hankard
Attorneys for Defendant
Centene Management Company, LLC

## **ORDER**

Pursuant to the stipulation, and for good cause shown, Defendant's deadline to respond to Plaintiff's Complaint is extended to October 11, 2019.

IT IS SO ORDERED.

Dated: September 13, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**