Matthew Righetti, Esq. (SBN. 121012)
matt@righettilaw.com
**RIGHETTI GLUGOSKI, P.C.**
220 Halleck Street, Suite 220
San Francisco, CA 94129
Telephone: (415) 983-0900

Reuben D. Nathan (SBN. 208436)
rnathan@nathanlawpractice.com
**NATHAN & ASSOCIATES, APC**
2901 West Pacific Coast Hwy, Suite 200
Newport Beach, California 92663
Tel: (949) 270-2798
Fax: (949) 209-0303

Attorneys for Plaintiff MICHELE FOON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE FOON, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CENTENE MANAGEMENT COMPANY, LLC, CENTENE CORPORATION, CENPATICO BEHAVIORAL HEALTH, LLC, ENVOLVE HOLDINGS, INC., NEBRASKA TOTAL CARE, INC., and DOES 1 to 10, inclusive,<br><br>Defendants. | Case Number: 2:19-cv-01420-MCE-AC<br><br>Magistrate Judge Allison Claire<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS AND CLASS REPRESENTATIVE ENHANCEMENT**<br><br>Hearing Date:   July 26, 2023<br>Time:           10:00 a.m.<br>Location:       Ctrm. 26, 8th Floor<br><br>[Filed concurrently with the Motion for Attorneys' Fees and Costs and Class Representative Enhancement; Declaration of Matthew Righetti; Declaration of Reuben Nathan; Declaration of Ronald Bae; and Declaration of Michele Foon]<br><br>[Complaint filed: June 20, 2019] |

Plaintiff's Motion for Attorneys' Fees and Costs and Class Representative Enhancement came before this Court on July 26, 2023 at 10:00 a.m., the Honorable Allison Claire presiding. The Court having considered the papers submitted in support of the Motion, and good cause appearing,

**IT IS HERREBY ORDERED THAT:**

1. The Motion for Attorneys' Fees and Costs and Class Representative Enhancement is hereby GRANTED.

2. Class Counsel are awarded attorneys' fees in the amount of $225,000 from the settlement fund, which represents 30% of the Total Settlement Amount.

3. Class Counsel are awarded a reimbursement of litigation costs in the amount of $8,357.09 from the settlement fund.

4. The Court approves the payment of settlement administration costs to ILYM Group, Inc., in the amount of $15,000 from the settlement fund.

5. In recognition of Plaintiff's services to the Class and the risks incurred by acting as the class representative, Plaintiff is awarded a service payment in the amount of $10,000 from the settlement fund.

Dated: July 26, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE